UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                 PLAINTIFF

vs.                                                     CRIMINAL ACTION NO.  3:20-mj-771

ASHTON CLAY NALLY                                                    DEFENDANT

## ORDER

The Criminal Complaint, charging the above-named defendant with a violation of Title 18, United States Code, Section 2119, (Carjacking), is hereby ORDERED to be kept secret until the defendant is in custody, or has given bail, or the warrant for arrest is returned unexecuted, and no person shall disclose the return of this Criminal Complaint or any warrant or order issued pursuant thereto, except as necessary for the issuance and execution of warrant for the arrest of the defendant.

*[signature]*

Regina S. Edwards, Magistrate Judge
United States District Court

December 11, 2020

**ENTERED**

VANESSA L ARMSTRONG, CLERK

Dec 11, 2020

U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY